# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: EVELYN RIVERA<br><br>*Debtor* | Bankruptcy No. 16-16269-AMC |
| JOHN J. LYNCH<br><br>*Plaintiff*<br><br>v.<br><br>EVELYN RIVERA, BANK OF AMERICA, BAYSHORE LOAN SERVICING and KML GROUP, INC.<br><br>*Defendants* | Adversary No. 16-00301-AMC |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion, then on or before October 26, 2016 you or your attorney must do all of the following:
   (a) file an answer explaining your position at:
   United States Bankruptcy Court
   900 Market Street, Suite 214
   Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
   (b) mail a copy to the movant's attorney:
   Kevin McDonald, Esquire
   BLANK ROME LLP
   One Logan Square
   130 N. 18th Street
   Philadelphia, PA  191032

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Judge Ashely M. Chan, the United States Bankruptcy Judge, in Room 3205 at the United States Bankruptcy Court, 900 Market Street, Suite 214 Philadelphia, PA 19107 on **November 16, 2016, at 11am**, or as soon thereafter as counsel can be heard, to consider the motion.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 717-901-2800 to find out whether the hearing has been canceled because no one filed an answer.

      **/s/ Kevin McDonald, Esquire**
      Kevin McDonald, Esquire
      Attorneys for Movants Bayview Loan Servicing,
      LLC and Bank of America, N.A.

October 12, 2016