CMK

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath    Teleph
Clerk    (215) 408-2

October 18, 2016

RE: John J. Lynch, Plaintiff
    vs.
    Evelyn Rivera, Defendant
    Bank of America, Defendant
    Bayshore Loan Servicing, Defendant    **16    549**
    KLM Group, Inc., Defendant

    Bankruptcy No.: 16-16269AMC    Adversary No. 16-301AMC
    Civil Action No.

Dear Mr Kunz:

We herewith transmit the following document(s) filed in the above matter(s), together with a certified cop
the docket entries:

(X) Certificate of appeal from order entered 9/27/16 and dated 9/26/16 by the Honorable Ashely M. Ch
    Notice of appeal filing fee ()paid    (X)not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered by the Honorable .
    () Objections filed .

() Report and recommendation entered by the Honorable .

    () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .
() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: _____
Deputy Clerk

---

Received Above material or record tile this _18th_ day of _October_, 20 _16_.

Civil Action No. **16    5493**    Signature: _Steve Tomas_

Miscellaneous No. _____    Date: OCT 19 2016

Assigned to Judge _Rufe_

BFL5.frm(rev 2

OCT 19 2016