UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath                                                                                                        Telephone
Clerk                                                                                                                             (215) 408-2800

November 7, 2016

    Re:    Evelyn Rivera, Debtor

        John J. Lynch, Plaintiff
        vs.
        Evelyn Rivera, Defendant
        Bank of America, Defendant
        Bayshore Loan Servicing, Defendant
        KML Group, Inc. , Defendant
        Bankruptcy No.: 16-16269AMC,    Adversary No. 16-301AMC
        Civil Action No. 16-5493

Dear Mr Kunz:

    We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

    () Certificate of appeal from order entered by the Honorable .
        Notice of appeal filing fee ()paid    (X)not paid

    () Designation of Record on Appeal Filed
    (X) Designation of Record on Appeal Not Filed

    () Supplemental certificate of appeal.

    () Motion for leave to appeal filed .
        () Answer to motion filed .

    () Proposed findings of fact and conclusions of law entered by the Honorable .
        () Objections filed .

    () Report and recommendation entered by the Honorable .

        () Objections filed .

    () Original record transferred to the District Court pursuant to the order of the Honorable .

    (X) Other: Record on Appeal
Kindly acknowledge receipt on the copy of the letter provided.

                                    For the Court

                                    Timothy B. McGrath
                                    Clerk
                                    By: _____
                                    Deputy Clerk

Received Above material or record tile this 23rd day of November, 20 16.

Civil Action No. 16-5493    Signature: _____

Miscellaneous No. _____    Date: 11/23/16

Assigned to Judge CMR

                                                                                                                                                                                                                                           BFL5.frm(rev 2/15)