IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. LYNCH, | : | Adversary No. 16-00301-AMC |
| Plaintiff, | : | |
| v | : | Bankruptcy No. 16-16269-AMC |
| EVELYN RIVERA, BANK OF AMERICA, | : | |
| BAYSHORE LOAN SERVICING and | : | |
| KML LAW GROUP, INC., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _Nov._____, 2016, upon consideration of the Motion of Defendant Evelyn Rivera to Dismiss with Prejudice, it is hereby ORDERED and DECREED that Defendant Rivera's motion is hereby GRANTED. Plaintiff's Complaint is DISMISSED with prejudice.

BY THE COURT:

_____
United States Bankruptcy Judge

1