IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. LYNCH,<br>                   *Plaintiff*<br><br>v.<br><br>EVELYN RIVERA, BANK OF AMERICA, BAYSHORE LOAN SERVICING and KML GROUP, INC.,<br>                   *Defendants* | Adversary No. 16-00301-AMC<br><br>Bankruptcy No. 16-16269-AMC |

## ORDER

AND NOW, this _____ day of _Nov_____, 2016, upon consideration of the Motion to Dismiss of Defendant, KML LAW GROUP, INC., and any response thereto, it is hereby ORDERED and DECREED that the said Motion to Dismiss is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

BY THE COURT:

_____
Judge Ashley M. Chan
United States Bankruptcy Judge