## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: EVELYN RIVERA<br><br>*Debtor* | Bankruptcy No. 16-16269-AMC |
| JOHN J. LYNCH<br><br>*Plaintiff*<br><br>v.<br><br>EVELYN RIVERA, BANK OF AMERICA, BAYSHORE LOAN SERVICING and KML GROUP, INC.<br><br>*Defendants* | Adversary No. 16-00301-AMC |

## ORDER

AND NOW, this _____ day of _____, 2016, after consideration of the Motion to Dismiss Plaintiff's Complaint filed by Defendants, Bayview Loan Servicing, LLC, improperly pled as Bayshore Loan Servicing ("Bayview"), and Bank of America, N.A., improperly pled as Bank of America ("BOA") (collectively, "Defendants"), and all responses thereto, it is hereby ORDERED that Defendants' Motion is GRANTED and Plaintiff's Adversary Complaint is hereby DISMISSED with prejudice.

BY THE COURT:

_____ J.