United States Bankruptcy Court
Eastern District of Pennsylvania

Lynch,
    Plaintiff

Rivera,
    Defendant

Adv. Proc. No. 16-00301-amc

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Stacey                Page 1 of 1                  Date Rcvd: Dec 01, 2016
                               Form ID: pdf900             Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.
```
ust          +BRENDA D. GISH,   Office of United States Trustee - U.S. D,    Federal Building,
              228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714
dft          +Evelyn Rivera,   10814 Modena Ter,    Philadelphia, PA 19154-3920
pla          +John J. Lynch,   3281 Red Lion Road,    Apt. #1,   Philadelphia, PA 19114-1108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Dec 02 2016 02:19:04     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2016 02:18:31
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2016 02:18:55     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 02 2016 02:18:37     Frederic J. Baker,
              Office of United States Trustee,    833 Chestnut Street,   Suite 500,
              Philadelphia, PA 19107-4405
ust          +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Dec 02 2016 02:18:37     SHAKIMA L. DORTCH,
              U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,    Suite 2207,
              Wilmington, DE 19801-3519
ust          +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Dec 02 2016 02:18:37     United States Trustee,
              228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 02 2016 02:18:37     United States Trustee,
              Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
                                                                                               TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2016 at the address(es) listed below:
```
          JENNIFER    SCHULTZ    on behalf of Defendant Evelyn  Rivera jschultz@clsphila.org
          KEVIN G. MCDONALD    on behalf of Defendant    Bayshore Loan Servicing KMcDonald@blankrome.com
          KEVIN G. MCDONALD    on behalf of Defendant    BANK OF AMERICA KMcDonald@blankrome.com
          THOMAS I. PULEO    on behalf of Defendant    KML Group, Inc. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: EVELYN RIVERA | Bankruptcy No. 16-16269-AMC |
|---|---|
| *Debtor* | |
| JOHN J. LYNCH | Adversary No. 16-00301-AMC |
| *Plaintiff* | |
| v. | |
| EVELYN RIVERA, BANK OF AMERICA, BAYSHORE LOAN SERVICING and KML GROUP, INC. | |
| *Defendants* | |

### ORDER

AND NOW, this ____ day of _____, 2016, after consideration of the Motion to Dismiss Plaintiff's Complaint filed by Defendants, Bayview Loan Servicing, LLC, improperly pled as Bayshore Loan Servicing ("Bayview"), and Bank of America, N.A., improperly pled as Bank of America ("BOA") (collectively, "Defendants"), and all responses thereto, it is hereby ORDERED that Defendants' Motion is GRANTED and Plaintiff's Adversary Complaint is hereby DISMISSED with prejudice.

BY THE COURT:

_____ J.

1