In the United States Bankruptcy Court
for the Eastern District of Pennsylvania

John J Lynch                    ☆   Adversary No. 16-00301 AMC
    v.                                                2016
Evelyn Rivera
      Et al                         Bankruptcy No 16-16269-AMC
                                                    2016

                                    WAITING for order TO APPEAL

                Notice of Appeal
                  Nunc Pro Tunc

Notice is hereby given that John J Lynch adversary/Plaintiff in the above captioned matter hereby appeals the orders in the above captioned matter on the 30th of November 2016 to the United States District Court on this the 5th day of January 2017.

                                        John J Lynch

**FILED**
JAN 18 2017
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

CC: Judge Chan
    District Court

Jenifer Schultz, U.S. Trustee
Kevin McDonald, Gary Seitz
Thomas Puleo,    John J Lynch  1-20-17

**RECEIVED**
JAN 18 2017
ASHELY M. CHAN
BANKRUPTCY JUDGE

In the United States Bankruptcy Court
for the Eastern District of Pennsylvania

| | |
|---|---|
| John J Lynch | Adversary No# 16-00301-AMC |
| v | |
| Evelyn Rivera Et al | Bankruptcy No# 16-16269-AMC |

Adversarys Motion / Petition to appeal
Nunc Pro tunc,

To: the Chief Judge of the court,

The adversary John J Lynch in the above
captioned matter hereby moves/or Petitions
the court for appeal Nunc Pro tunc
and represents the following in support
thereof:

1. the Hon, Ashley M Chan entered an order/
dismissal in the above captioned matter
on November 30th 2016, Exhibit D

2. Prior to the order of dismissal the adversary
Plaintiff had filed an appeal to the United
States District Court on the Judges denial of
the Petition to Proceed In forma Pauperis,

3. the adversary receives nothing from the courts on the matter after he files the appeal

4. On November 28th 2016 the adversary was taken from his home, and is detained at the Phila Prison system.

5. On January 6th 2017 the adversary received the courts order of dismissal with prejudice hand delivered to him by C/O TITA in A-2-X at the CFCF facility.

6. The adversary is imediately responding.

7. The fact that the courts notice of the order did not catch up to the adversary until January 6th 2016 are circumstances beyond his control

8. The adversary had family members go and pickup mail and remail it to him at the Phila County Jail, adversary attaches the envelope it was sent in as Exhibit A - that which was handed to him by C/O TITA.

9. Adversary/Plaintiff acted with all due dilligence and responsibleness by contacting Postal authorities to have his mail forwarded, in addition to having family go get the mail repackage it and remail it, attached is exhibit "B" the return change of address confirmation letter prompted by the letter sent to postal authorities by the adversary after being released from quarantine, and the change of address sent in by Anna Mae Morrow his aunt.

10. The Prison was extremely slow in processing the mail into the jail and delivering it to the adversary plaintiff not until January 5, 2017, at which time adversary/Plaintiff received notice. The adversary/Plaintiff take issue as to the correctness of the order upon receipt and wishes to exercise his right of appeal, See attached Exhibits "C".

11. the adversary/Plaintiff takes issue as to the Hon. Ashley M. Chan proceeding in the matter while an appeal in the matter was pending in the first place,

12. therefore the Adversary/Plaintiff claims that he did not receive timely notice so as to allow him to file a timely notice of appeal through no fault of the adversary and that the Adversary is acting with all due dilligence in the matter at the very moment of receipt of the order - 7pm on 1-5-17.

Wherefore Adversary Plaintiff respectfully request leave to appeal Nunc Pro tunc.

John J Lynch
1-5-17



Exhibit A

John Lynch
P.P. # 562-183
7901 State Rd
Phila PA 19136

Anna Mae Pinnero
2147 E Hellerig St
Phila PA 19125
Legal Documents
OFFICIAL BUSINESS

U.S. POSTAGE PAID
PHILADELPHIA, PA 19115
DEC 13, 16
AMOUNT $1.78
R2303S100197-15

19136



**UNITED STATES POSTAL SERVICE®**

DECEMBER 13, 2016

POSTMASTER
UNITED STATES POSTAL SERVICE
1000 W VALLEY RD
SOUTHEASTERN PA 19399-9001

Exhibit B

Dear Postal Customer:

Recently, you submitted a change-of-address order to the United States Postal Service® to forward your personal mail to an address identified as a business address. We have received your change-of-address order and have entered it into our mail forwarding systems.

JOHN LYNCH
7901 STATE RD # 562783CF
PHILADELPHIA PA 19136-3407

Please be advised that when you no longer wish to receive your mail at the business address, you <u>must</u> notify the business or firm to arrange for the forwarding of your mail. The business/firm is responsible for properly forwarding your mail to your new address, at their discretion. At that time, please contact them directly, as the USPS® is restricted from accepting change-of-address orders from families or individuals requesting that their mail be forwarded from a business/firm address.



As an alternative to forwarding your mail to a business, the USPS offers P.O. Boxes conveniently located at your local Post Office™ for a nominal rental fee. Check with your local Post Office or reserve a P.O. Box™ online at https://www.usps.com/manage/PO-boxes.htm.

If this order is temporary, delivery will resume to the original address when it expires.

Thank you for the opportunity to address this matter with you. We also appreciate your efforts to notify your correspondents of your new address. If you have any questions or need additional information about your change-of-address order or mail forwarding, please email COAHelp@usps.gov or call 1-800-ASK-USPS (1-800-275-8777).

Sincerely,

*James D. Wilson*

James D. Wilson
Director, Addressing & Geospatial Technology



**UNITED STATES POSTAL SERVICE.**

*CHANGE OF ADDRESS CONFIRMATION*

225 N HUMPHREYS BLVD STE 501
MEMPHIS TN 38188-1033

Exhibit B

DEC 13, 2016

ELECTRONIC SERVICE REQUESTED

This letter is to confirm that the US Postal Service® has received the following TEMPORARY Change-of-Address Order from you. We will begin forwarding your mail to your NEW address on the START DATE you provided: **DEC 7, 2016**, and discontinue forwarding on **JUN 7, 2017**.

Mail will be forwarded to the new address for
THE FOLLOWING INDIVIDUAL ONLY:
JOHN LYNCH


NEW ADDRESS

1002174      01 AB 0.396  **AUTO  T1 3 6299 19136-340701   -C01-P02176-I  5 89


JOHN LYNCH
7901 STATE RD # 562783CF
PHILADELPHIA PA 19136-3407


OLD ADDRESS
JOHN LYNCH
3281 RED LION RD # 1
PHILADELPHIA PA 19114-1108

It is important for you to examine the above OLD and NEW address information. If any of the information is NOT correct or if you did NOT authorize this Change-of-Address Order, please call 1-800-ASK-USPS (1-800-275-8777) immediately.

If you need to View or Cancel this Change-of-Address Order or Change the Date to Start/Stop Forwarding your Mail, or Change from Temporary to Permanent Forwarding, visit managemymove.usps.com and enter the Confirmation Code **1634 7535 3010 0420**.

---

### Common Questions and Answers About Moving

**Q** What should I do if I am not yet receiving mail at my new address?
**A** If it is more than ten days after the start date of your move and no mail has arrived, call 1-800-ASK-USPS (1-800-275-8777).

**Q** Are Postal Service regulations for temporary address changes different than permanent address changes?
**A** Yes. Pay special attention to your magazine and newspaper subscriptions. The Postal Service will forward these items for only 60 days. After that, if you have not notified your publisher, you will stop receiving magazines and newspapers until your Change-of-Address Order expires. Also, pay special attention to financial institutions. They often request that their mail not be forwarded. You should notify all your mailers of your temporary address and the time period during which it should be used.

**Q** How should I let my friends, family members, magazine publishers, and business correspondents know of my new address?
**A** Usually, magazines and business correspondence contain cards or instructions to inform them of your new address and the date you will be moving. In addition, your local post office can supply you, free of charge, with postcards that you can use as a convenient way to notify anyone of your new address and the date of your move.

---

*As required by law, the Postal Service does not provide customer names or addresses to third parties.*

CNL 608 0715

Exhibit C

Attachment 3.F.10.a

# PHILADELPHIA DEPARTMENT OF PRISONS
## INMATE GRIEVANCE FORM

☐ ASD  ☐ CFCF  ☐ DC  ☐ HOC  ☐ PICC  ☐ RCF

NAME: John J Lynch                     HOUSING UNIT: A-1-2-1

PID: 860283                            INTAKE NUMBER:

Check box only if grievance is regarding Medical Services ☐

### Description of Grievance, Incident or Problem
(Include date and time of incident)

This grievance is that you Officers went to my home and got my mail and VA Pension check and surrendered it and mailed it to this facility. He called and was told it arrived. Why haven't I gotten it. There are time sensitive legal mailing in there.

### Action Requested by Inmate:

Please give me the legal mail that + my VA check

See: Continuation of Grievance – Page 2 .YES ☐  No ☐

Describe how and when you tried to resolve this Grievance informally.

Date that you are depositing this Grievance in a grievance box: _____

Signature of Grievant: John J Lynch           Date: 10-31-16

86-570 (Rev. 6/16) 1. Deputy Warden for Administration  2. Warden    3. Inmate's Receipt of Filing

Exhibit C

Attachment 3.F.10.a

# PHILADELPHIA DEPARTMENT OF PRISONS
## INMATE GRIEVANCE FORM

| ☐ ASD | ☒ CFCF | ☐ DC | ☐ HOC | ☐ PICC | ☐ RCF |

NAME: John J Lynch     HOUSING UNIT: A-2-9-12
PID: _____      INTAKE NUMBER: _____

Check box only if grievance is regarding Medical Services ☐

### Description of Grievance, Incident or Problem
(Include date and time of incident)

I want to know about my mail that was not mailed to the court in package. Tell me posted legal mail and my I/A Lantion not intact.

### Action Requested by Inmate:

See: Continuation of Grievance – Page 2    YES ☐    No ☐

Describe how and when you tried to resolve this Grievance informally.

Date that you are depositing this Grievance in a grievance box: _____

Signature of Grievant: _____   Date: 1-0-17

3rd grievance on this

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

[ ] ASD   [✓] CFCF   [ ] DC   [ ] HOC   [ ] PICC   [ ] RCF

NAME: Judith J. Lynch          HOUSING UNIT: A-D-?
PID: 967783                    INTAKE NUMBER:

Check box only if grievance is regarding Medical Services [ ]

### Description of Grievance, Incident or Problem
(Include date and time of incident)

On 9-16-16 and 9-21-16 Mr. Cogan reminded me mail for me came in a package with an address it was given withdrawn.

My PA Cagan check and a large amount of important legal mail inside. I am told just my mail, but for me.

He called and was told that it was being processed.

It has not been given to me. Why? Legal mail is time sensitive, and my $100.00 check should be on my account. What is going on with these things? And on 11-31-16 I gave C/O Sutton Brown large Manilla envelope with 10 forever-man postage marked Urgent Legal mail, Priority, and Please see it goes out.

### Action Requested by Inmate:
I am paying for it.

See: Continuation of Grievance – Page 2   YES [ ]   No [ ]
Describe how and when you tried to resolve this Grievance informally.

Date that you are depositing this Grievance in a grievance box: _____

Signature of Grievant: J.J. Lynch                    Date: 1-11-17

86-570 (Rev. 6/16)   1. Deputy Warden for Administration   2. Warden   3. Inmate's Receipt of Filing

Exhibit C

Attachment 3.F.10.a

# PHILADELPHIA DEPARTMENT OF PRISONS
## INMATE GRIEVANCE FORM

☐ ASD  ☐ CFCF  ☐ DC  ☐ HOC  ☐ PICC  ☐ RCF

NAME: _____  HOUSING UNIT: _____

PID: _____  INTAKE NUMBER: _____

Check box only if grievance is regarding Medical Services ☐

**Description of Grievance, Incident or Problem**
(Include date and time of incident)

*[handwritten grievance, partially illegible]* My paperwork has been open/seen but none of the security have any long letting my mail from my lawyer/attorney get to the jail and I have not gotten no call/hearing/mail told you on anything I, very most, legal mail large package for me

See: Continuation of Grievance – Page 2   YES ☑   No ☐

Describe how and when you tried to resolve this Grievance informally.

*[handwritten]* I put my clerk out on my account and my legal mail question

Action Requested by Inmate: _____

Date that you are depositing this Grievance in a grievance box: _____

Signature of Grievant: _____  Date: _____

Exhibit D

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. LYNCH, | Adversary No. 16-00301-AMC |
| Plaintiff, | |
| v | Bankruptcy No. 16-16269-AMC |
| EVELYN RIVERA, BANK OF AMERICA, BAYSHORE LOAN SERVICING and KML LAW GROUP, INC., | |
| Defendants. | |

## ORDER

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion of Defendant Evelyn Rivera to Dismiss with Prejudice, it is hereby ORDERED and DECREED that Defendant Rivera's motion is hereby GRANTED. Plaintiff's Complaint is DISMISSED with prejudice.

BY THE COURT:

_____
United States Bankruptcy Judge

1

Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN J. LYNCH, | |
|---|---|
| *Plaintiff* | Adversary No. 16-00301-AMC |
| v. | Bankruptcy No. 16-16269-AMC |
| EVELYN RIVERA, BANK OF AMERICA, BAYSHORE LOAN SERVICING and KML GROUP, INC., | |
| *Defendants* | |

## ORDER

AND NOW, this ____ day of _____, 2016, upon consideration of the Motion to Dismiss of Defendant, KML LAW GROUP, INC., and any response thereto, it is hereby ORDERED and DECREED that the said Motion to Dismiss is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

BY THE COURT:

_____
Judge Ashley M. Chan
United States Bankruptcy Judge

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: EVELYN RIVERA | Bankruptcy No. 16-16269-AMC |
|---|---|
| *Debtor* | |
| JOHN J. LYNCH | Adversary No. 16-00301-AMC |
| *Plaintiff* | |
| v. | |
| EVELYN RIVERA, BANK OF AMERICA, BAYSHORE LOAN SERVICING and KML GROUP, INC. | |
| *Defendants* | |

ORDER

AND NOW, this ___ day of _____, 2016, after consideration of the Motion to Dismiss Plaintiff's Complaint filed by Defendants, Bayview Loan Servicing, LLC, improperly pled as Bayshore Loan Servicing ("Bayview"), and Bank of America, N.A., improperly pled as Bank of America ("BOA") (collectively, "Defendants"), and all responses thereto, it is hereby ORDERED that Defendants' Motion is GRANTED and Plaintiff's Adversary Complaint is hereby DISMISSED with prejudice.

BY THE COURT:

_____ J.

1

# Certificate of Service

I John J Lynch hereby certifies that I have served a true, and correct copy of the attached Motion/ Petition to Appeal Nunc Pro tunc upon the persons listed below by 1st class mail on the 10th day of January 2016.

*John J Lynch*

(1) Jennifer Schultz
1410 W. Erie Ave
Phila PA, 19118

(2) Ashley M Chan
US Bky Judge
900 Market St
Phila PA 19106

(3) Chief Judge
United States Bky Ct,
900 Market St
Phila PA 19106

(4) Evelyn Rivera
10814 Mohena ter,
Phila PA, 19154

(5) Gary F Seitz Esq U.S.T.
601 Walnut St 3rd flr
Phila PA, 19106