1-5-17

Chief Judge                              John J Lynch
United States Bankruptcy Ct,             562783 C F C F
900 Market st                            7901 State Rd
Phila  PA 19106                          Phila PA 19136


Dear Chief Judge,

I am acting with all due diligence concerning the matter, enclosed is my original, I am in the process of making and serving the parties involved A.S.A.P. by the 10th as certified. I have envelopes, and postage.

the circumstances in the adversary complaint fall squarely within the non dischargeable provisions of the section 523 A.

I am not serving any sentence, I am not able to post Bail only,                    Respectfully
                                         John J Lynch

Certificate of Service

I John J Lynch hereby certifies
that I have served a true and
correct copy of the attached Motion/
Petition to Appeal Nunc Pro tunc
upon the persons listed below by
1ST class mail on the 10th day of
January 2016

John J Lynch

① Jennifer Schultz
1410 W, Erie ave
Phila PA, 19118

② Ashley M Chan
US Bky Judge
900 Market st
Phila PA 19106

③ Chief Judge
United State Bky ct,
900 Market st
Phila PA 19106

④ Evelyn Rivera
10814 Modena ter,
Phila PA, 19154

⑤ Gary F Seitz Esq U.S.T.
601 Walnut st ste #380
Phila PA, 19106

⑥ KML Law Group
701 market st ste 5000
Phila PA 19106

In the United States Bankruptcy Court
for the Eastern District of Pennsylvania

John J Lynch                    Adversary No# 1600301 AMC
                                                                        2016

Evelyn Rivero
        Et al                        Bankruptcy No# 16-16269 AMC
                                                                        2016


                        Notice of appeal
                        Nunc Pro tunc


Notice is hereby given that John J Lynch
adversary/Plaintiff in the above captioned
matter hereby appeals the orders in the above
captioned matter on the 30th of November 2016
to the United States District court on this
5th Day of January 2017


                                                John J Lynch

In the United States Bankruptcy court
for the Eastern District of Pennsylvania

John J Lynch

Adversary No. 1600301-AMC

Evelyn Riviera
Et al

Bankruptcy No 16-16269-AMC

Adversarys Motion / Petition to appeal
Nunc Pro tunc,

To; the Chief Judge of the Court,

the adversary John J Lynch in the above
captioned matter hereby move/or Petitions
the court for appeal nunc Pro tunc
and represents the following in support
thereof;

1, the Hon, Ashley M Chan entered an order
dismissal in the above captioned matter
on November 30th 2016, Exhibit D

2, Prior to the order of dismissal the adversary
Plaintiff had filed an appeal to the United
states District court on the Judges denial of
the Petition to Proceed In forma Pauperis,



3. the adversary received nothing from the
courts on the matter after he filed the
appeal

4. on November 28th 2016 the adversary was
taken from his home, and is detained at the
Phila Prison system,

5. On January 6th 2017 the adversary received
the courts order of dismissal with prejudice
hand delivered to him by C/O T. TA in A-2-x
at the CFCF facility.

6. the adversary is imediately responding -

7. the fact that the courts notice of the order
did not catch up to the adversary until
January 6th 2016 are circumstances
beyond his control

8. the adversary had family members go and
pickup mail and remail it to him at the Phila
county jail, adversary attaches the Envelope
it was sent in as Exhibit A - that which
was handed to him by C/O T + A.

9, Adversary/Plaintiff acted with all due dilligence and responsibleness by contacting Postal authorities to have his mail forwarded, in addition to having family go get the mail repackage it and remail it, attached is exhibit "B" the return change of address confirmation letter prompted by the letter sent to postal authorities by the adversary after being released from quarantine, and the change of address sent in by anne mae Morrow his aunt.

10. The Prison was extremely slow in Processing the mail into the jail and delivering it to the adversary plaintiff not until January, 5, 2017, at which time adversary/Plaintiff received notice, The adversary/Plaintiff take issue as to the correctness of the order upon receipt and wishes to exercise his right of appeal, See attached Exhibits C

11, the adversary/Plaintiff takes issue as to the Hon. Ashley M. chan proceeding in the matter while an appeal in the matter was pending in the first place,

12. therefore the Adversary/Plaintiff claims
that he did not receive timely notice
so as to allow him to file a timely
notice of appeal through no fault
of the adversary and that the
Adversary is acting with all due
dillegence in the matter at the very
moment of receipt of the order.
7 pm on 1-5-17,

Wherefore adversary Plaintiff Respectfully
request leave to appeal Nunc Pro tunc,

John J Lynch
1-5-17



**UNITED STATES**
**POSTAL SERVICE**®

**DECEMBER 13, 2016**

*POSTMASTER*
*UNITED STATES POSTAL SERVICE*
*1000 W VALLEY RD*
*SOUTHEASTERN PA 19399-9001*

Dear Postal Customer:

Recently, you submitted a change-of-address order to the United States Postal Service® to forward your personal mail to an address identified as a business address. We have received your change-of-address order and have entered it into our mail forwarding systems.

*JOHN LYNCH*
*7901 STATE RD # 562783CF*
*PHILADELPHIA PA 19136-3407*

Please be advised that when you no longer wish to receive your mail at the business address, you <u>must</u> notify the business or firm to arrange for the forwarding of your mail. The business/firm is responsible for properly forwarding your mail to your new address, at their discretion. At that time, please contact them directly, as the USPS® is restricted from accepting change-of-address orders from families or individuals requesting that their mail be forwarded from a business/firm address.



As an alternative to forwarding your mail to a business, the USPS offers P.O. Boxes conveniently located at your local Post Office™ for a nominal rental fee. Check with your local Post Office or reserve a P.O. Box™ online at https://www.usps.com/manage/PO-boxes.htm.

If this order is temporary, delivery will resume to the original address when it expires.

Thank you for the opportunity to address this matter with you. We also appreciate your efforts to notify your correspondents of your new address. If you have any questions or need additional information about your change-of-address order or mail forwarding, please email COAHelp@usps.gov or call 1-800-ASK-USPS (1-800-275-8777).

Sincerely,

James D. Wilson
Director, Addressing & Geospatial Technology

NCA117 SEPT 2016

# UNITED STATES POSTAL SERVICE®

## CHANGE OF ADDRESS CONFIRMATION

225 N HUMPHREYS BLVD STE 501
MEMPHIS TN 38188-1033

DEC 13, 2016

**ELECTRONIC SERVICE REQUESTED**

This letter is to confirm that the US Postal Service® has received the following TEMPORARY
Change-of-Address Order from you. We will begin forwarding your mail to your NEW address
on the START DATE you provided: **DEC 7, 2016**, and discontinue forwarding on **JUN 7, 2017**.

Mail will be forwarded to the new address for
<u>THE FOLLOWING INDIVIDUAL ONLY:</u>

**JOHN LYNCH**

**NEW ADDRESS**

1002174      01 AB 0.396   **AUTO  T1 3 6299 19136-340701   -C01-P02176-I   5 89

  JOHN LYNCH
7901 STATE RD # 562783CF
PHILADELPHIA PA 19136-3407  

**OLD ADDRESS**

JOHN LYNCH
3281 RED LION RD # 1
PHILADELPHIA PA 19114-1108

It is important for you to examine the above OLD and NEW address information. If any of the information
is NOT correct or if you did NOT authorize this Change-of-Address Order, please call 1-800-ASK-USPS
(1-800-275-8777) immediately.

If you need to View or Cancel this Change-of-Address Order or Change the Date to Start/Stop Forwarding
your Mail, or Change from Temporary to Permanent Forwarding, visit managemymove.usps.com and enter
the **Confirmation Code** 1634 7535 3010 0420.

## Common Questions and Answers About Moving

**Q  What should I do if I am not yet receiving mail at my new address?**
**A**  If it is more than ten days after the start date of your move and no mail has arrived, call 1-800-ASK-USPS
(1-800-275-8777).

**Q  Are Postal Service regulations for temporary address changes different than permanent
address changes?**
**A**  Yes. Pay special attention to your magazine and newspaper subscriptions. The Postal Service will forward
these items for only 60 days. After that, if you have not notified your publisher, you will stop receiving
magazines and newspapers until your Change-of-Address Order expires. Also, pay special attention to
financial institutions. They often request that their mail not be forwarded. You should notify all your mailers of
your temporary address and the time period during which it should be used.

**Q  How should I let my friends, family members, magazine publishers, and business correspondents
know of my new address?**
**A**  Usually, magazines and business correspondence contain cards or instructions to inform them of your new
address and the date you will be moving. In addition, your local post office can supply you, free of charge,
with postcards that you can use as a convenient way to notify anyone of your new address and the date of
your move.

*As required by law, the Postal Service does not provide customer names or addresses to third parties.*

CNL 608 0715

0000086591        027 6299-018-014326        1002174-0006046-01 of 06-C01-b1-6299-02176

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

☐ ASD    ☑ CFCF    ☐ DC    ☐ HOC    ☐ PICC    ☐ RCF

NAME: John S. Lynch                    HOUSING UNIT: A 2 H - 12

PID: 562287                            INTAKE NUMBER:

Check box only if grievance is regarding Medical Services ☐

### Description of Grievance, Incident or Problem
### (Include date and time of incident)

My grievance is that my cousin went to my home and got my mail and VA Pension check and repackaged it and mailed it to this facility. He called and was told it arrived, Why haven't I gotten it there are time sensitive Legal Mailing in there

### Action Requested by Inmate:

Please give me the legal mail there + my VA check.

See: Continuation of Grievance – Page 2   YES ☐   No ☐

Describe how and when you tried to resolve this Grievance informally.

Date that you are depositing this Grievance in a grievance box: _____

Signature of Grievant: John Lynch          Date: 12-31-16

86-570 (Rev. 6/16)  1. Deputy Warden for Administration   2. Warden        3. Inmate's Receipt of Filing

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

☐ ASD    ☑ CFCF    ☐ DC    ☐ HOC    ☐ PICC    ☐ RCF

NAME: John J. Lynch                    HOUSING UNIT: A-2-4-12

PID: 5(2)283                           INTAKE NUMBER:

Check box only if grievance is regarding Medical Services ☐

### Description of Grievance, Incident or Problem
### (Include date and time of incident)

Just want to know about
my mail that was remailed
to this Location in package
Lots of important Legal mail
and my VA Pension check
insid

### Action Requested by Inmate:

See: Continuation of Grievance – Page 2   YES ☐   No ☐

Describe how and when you tried to resolve this Grievance informally.

Date that you are depositing this Grievance in a grievance box: _____

Signature of Grievant: _John J Lynch_          Date: 1-2-17

86-570 (Rev. 6/16) 1. Deputy Warden for Administration   2. Warden      3. Inmate's Receipt of Filing

3rd grievance on this

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

☐ ASD    ☑ CFCF    ☐ DC    ☐ HOC    ☐ PICC    ☐ RCF

NAME: John J. Lynch                    HOUSING UNIT: A-2-4, 12

PID: 562283                           INTAKE NUMBER:

Check box only if grievance is regarding Medical Services ☐

### Description of Grievance, Incident or Problem
### (Include date and time of incident)

On or about Dec 8th 2016 my cousin remailed my mail from my home in a package with 2145 E Letterly St as a return address on it.

My VA Pension check, and a large amount of important legal mail was or is in that package mailed here for me,

He called and was told that it was being inspected,

It has not been given to me, Why?

Legal mail is time sensitive, and my 1077,00 VA check should be on my account, What is going on with these things? And on 12-31-16 I gave C/O'S Sutton + Bone Large manilla Envelope with D-Form for postage marked Urgent legal mail, Priority mail, Please see it goes out.

### Action Requested by Inmate:

I am paying for it.

See: Continuation of Grievance – Page 2   YES ☐   No ☐

Describe how and when you tried to resolve this Grievance informally.

Date that you are depositing this Grievance in a grievance box: _____

Signature of Grievant: John Lynch          Date: 1-11-17

86-570 (Rev. 6/16)  1. Deputy Warden for Administration  2. Warden     3. Inmate's Receipt of Filing

Attachment 3.F.10.a

## PHILADELPHIA DEPARTMENT OF PRISONS
### INMATE GRIEVANCE FORM

☐ ASD    ☐ CFCF    ☐ DC    ☐ HOC    ☐ PICC    ☐ RCF

NAME: _____  HOUSING UNIT: _____

PID: _____  INTAKE NUMBER: _____

Check box only if grievance is regarding Medical Services ☐

### Description of Grievance, Incident or Problem
### (Include date and time of incident)

My grievance is that
my cousin got my VA Pension
Check, and all my mail from my
house/apt and remailed it to this
jail, and I have not gotten it.
So called and was told you or
some thought it, very mad
Legal mail          Large

### Action Requested by Inmate:

Package for me

See: Continuation of Grievance – Page 2   YES ☐   No ☐

Describe how and when you tried to resolve this Grievance informally.

I want my check put on my account
and my legal mail given to m

Date that you are depositing this Grievance in a grievance box: _____

Signature of Grievant: _____  Date: _____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. LYNCH,                                     :          Adversary No. 16-00301-AMC
                                                   :
        Plaintiff,                            :
    v                                          :          Bankruptcy No. 16-16269-AMC
                                                   :
EVELYN RIVERA, BANK OF AMERICA,:
BAYSHORE LOAN SERVICING and                        :
KML LAW GROUP, INC.,                               :
                                                   :
        Defendants.                           :

## ORDER

AND NOW, this 30th day of Nov-, 2016, upon consideration of the Motion of Defendant Evelyn Rivera to Dismiss with Prejudice, it is hereby ORDERED and DECREED that Defendant Rivera's motion is hereby GRANTED.   Plaintiff's Complaint is DISMISSED with prejudice.

BY THE COURT:

_____
United States Bankruptcy Judge

1

010033                                        4370901004302 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN J. LYNCH,<br>    *Plaintiff*<br><br>    v.<br><br>EVELYN RIVERA, BANK OF AMERICA,<br>BAYSHORE LOAN SERVICING and KML<br>GROUP, INC.,<br>    *Defendants* | Adversary No. 16-00301-AMC<br><br>Bankruptcy No. 16-16269-AMC |

**ORDER**

AND NOW, this 30th day of Nov , 2016, upon consideration of

the Motion to Dismiss of Defendant, KML LAW GROUP, INC., and any response thereto, it is

hereby ORDERED and DECREED that the said Motion to Dismiss is GRANTED and Plaintiff's

Complaint is DISMISSED with prejudice.

BY THE COURT:

Judge Ashley M. Chan
United States Bankruptcy Judge

010033                     4370901004 3018

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: EVELYN RIVERA | Bankruptcy No. 16-16269-AMC |
| *Debtor* | |

| | |
|---|---|
| JOHN J. LYNCH | Adversary No. 16-00301-AMC |
| *Plaintiff* | |
| v. | |
| EVELYN RIVERA, BANK OF AMERICA, BAYSHORE LOAN SERVICING and KML GROUP, INC. | |
| *Defendants* | |

**O R D E R**

AND NOW, this ____ day of ____, 2016, after consideration of the Motion to Dismiss Plaintiff's Complaint filed by Defendants, Bayview Loan Servicing, LLC, improperly pled as Bayshore Loan Servicing ("Bayview"), and Bank of America, N.A., improperly pled as Bank of America ("BOA") (collectively, "Defendants"), and all responses thereto, it is hereby ORDERED that Defendants' Motion is GRANTED and Plaintiff's Adversary Complaint is hereby DISMISSED with prejudice.

BY THE COURT:

_____ J.

1