

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

January 20, 2017

Re:    John J. Lynch
       vs
       Evelyn Rivera,
       Bank of America
       Bayshore Loan Servicing
       KML Group, Inc.
       Bankruptcy No.: 16-16269AMC    Adversary No. 16-301
       Civil Action No.

17    0312
( 2nd )

Dear Mary C. Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

(X) Certificate of appeal from order entered December 1, 2016 and Dated November 30, 2016 by the Honorable Ashely M. Chan.
       Notice of appeal filing fee ()paid    (X)not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
       () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
       () Objections filed .

() Report and recommendation entered  by the Honorable .

       () Objections filed .
() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:
Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By:_____
Deputy Clerk

---

Received Above material or record tile this  20th  day of  Jan. , 20 17 .

Civil Action No.  17    0312    Signature: Steve Tomas

Miscellaneous No. _____    Date:  1/20/

Assigned to Judge  Pratter

BFL5.frm(rev 2/15)

JAN 20 2017