In the United States Bankruptcy Court
for the Eastern District of Pennsylvania

In Re; Evelyn Rivera    )    Bankruptcy No# 16-16269-2016

John J Lynch
        V.                           ) adversary Complaint No# 160030/AM
Evelyn Rivera                        )              2016
                                     )    appealed

Petition to Proceed In Forma Pauperis

to; the Judges of the United States Bankruptcy Court;

1. I John J Lynch am the creditor/plaintiff in the above "matters" and because of my financial condition I am unable to pay the fees, and cost of prosecuting the appeals in the action/proceedings stated.

2. I am unable to obtain funds from anyone, including my family, and associates, to pay the cost of litigation

3. I represent that the information below relating to my ability to pay fees/cost are true and correct,

a. name – John J. Lynch
        3281 Red Lion apt 1
        Phila PA, 19114

FILED

JAN 25 2017

TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

b, Employment — none

c, Other income within the past 12 months

Business or Profession — none
self employment — none
interest — none
Dividers — none
Pension — 1075,00 VA,
Social Security — none
Support payment — none
Disability payments — none - or see pensions.
unemployment comp — none
workmens comp — none
Public assist. — 26,00 food stamps + (H,U,D,) (V,A,S,H)
other — none

d. other contributions to household.
none

e, Property owned

cash — none
checking — (- 4,35) citizens
savings — none
cert of Deposit — none
Real Estate — none
motor Vehicle — 99 chevy Broke down

Stocks and bonds   - none
other                      - none

F. Debts and obligations
  Phone 40,00 mo, Elect. 75,00 mo, GAS 75,00 mo
  Rent    -    195,00
  LOANS   -    1,500,00    Shipe motors
          -    300,00      Mom
  other   -    Medical Bills  15,000,00
               ARIA health system
g. Persons dependent upon you for support
          none - help mom out with money
          when I can, she 84yrs

4  I understand that I have a continuing obligation
   to inform the Court of improvements in my financial
   circumstances which would permit me to pay the
   cost incurred herein,

5, I verify that the statements made herein this affidavit
   are true and correct, I understand that false
   statements here in are subject to the penalities
   in the U,S,c,

                              John J. Lynch

                              John Lynch
                              1-4-17