UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

November 7, 2016

Re:   Evelyn Rivera, Debtor

John J. Lynch, Plaintiff
vs.
Evelyn Rivera, Defendant
Bank of America, Defendant
Bayshore Loan Servicing, Defendant
KML Group, Inc., Defendant
Bankruptcy No.: 16-16269AMC,   Adversary No. 16-301AMC
Civil Action No. 17-312

Dear Mr Kunz:

We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

( ) Certificate of appeal from order entered by the Honorable .
    Notice of appeal filing fee ( )paid   ( )not paid

( ) Designation of Record on Appeal Filed
(X) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .
    ( ) Answer to motion filed .

( ) Proposed findings of fact and conclusions of law entered by the Honorable .
    ( ) Objections filed .

( ) Report and recommendation entered by the Honorable .

    ( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

(X) Other: Record on Appeal
Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk
By: _____
Deputy Clerk

Received Above material or record tile this ___17th___ day of ___February___, 20_17_.

Civil Action No. _17CV312_    Signature: _T. Milena_

Miscellaneous No. _____    Date: _2/17/17_

Assigned to Judge _Matter_

BFL5.frm(rev 2/15)