In the United States Bankruptcy Court

John J Lynch     No# 16-00301 A
v.                No# 16-16269
Evely Pinero

RECEIVED SEP -7 2017
ASHELY M. CHAN
BANKRUPTCY JUDGE

Motion to Vacate November 30th 2016 order of dismissal after Exparte hearing for Lack of Jurisdiction

The Adversary John J Lynch moves to Vacate the courts order of Nov 30th 2016 for Lack of Jurisdiction, and cites the following:

1. On 9-26-16 the Court denied the adversary In Forma Pauperis Petition Docket No #2

2. On October 14th 2016 the adversary appealed to the United States District Court Docket No #6.

3. Consequently the court lacked jurisdiction while the appeal was pending, and the court filing fee was not paid, to proceed further in the matter, and the lack of jurisdiction is a timeless claim, and not waivable.

4. the Courts lack of jurisdiction is clear, and obvious upon the face of the record.

5. Vacating the courts erroneous order of November 30th 2016 dismissing the adversary complaint with prejudice is just and proper because no fee was paid, and no decission on the In forma Pauperis Petition had accured on or prior to November 30th 2016, and the record was not returned to the court until 4-20-17 therefore the court could not have acted in consideration of the controversary or rule upon the merits accordingly.

Respectfully
Submitted

John J Lynch

8-28-17

# Certificate of Service

I John J Lynch does hereby certify that I have served a true, and correct copy of the attached motion to vacate, upon the persons listed below by 1st class mail on the 29 day of August 2017

John J Lynch

✓ ① Ashely Chan Judge,
United States Bky ct,
900 Market st
Phila Pa, 19106

✓ ② Jennifer Schultz Esq
1410 W Erie ave
Phila PA, 19140

③ Enely Rivera
13814 Modena ters,
Phila Pa 19154

✓ ④ Kevin G. McDonald Esq
Blank Rome LLP
One Logan Sq
Phila PA 19102

⑤ Thomas I Puleo Esq
KML Law Group
701 Market st
ste 5000
Phila PA, 19106

⑥ US trustee
Gary F Seitz Esq
Gellert, Scali, Busknell
+ Brown LLC,
601 Walnut st
Ste 470 w,
Phila PA, 19106

cc: Hon. Legrome Davis
U.S, D.C,