*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lynch v. Rivera et al
    Debtor(s)

Case No: 16−00301−amc

Chapter: 0

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Letter in re: Appeal filed by John J. Lynch

on: 11/1/17

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/11/17

Timothy B. McGrath
Clerk of Court

60 − 59
Form 167