IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. LYNCH, | Adversary No. 16-00301-AMC |
| Plaintiff, | |
| v | Bankruptcy No. 16-16269-AMC |
| EVELYN RIVERA, BANK OF AMERICA, BAYSHORE LOAN SERVICING and KML GROUP, INC., | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I, Jennifer Schultz, Esq., hereby certify that the foregoing Debtor Rivera's Response to Motion to Vacate and this Certificate of Service will be served upon the following parties, via first class mail, postage prepaid on October 23, 2017:

John J. Lynch
562783CFC
7901 State Road
Philadelphia, PA 19136

John J. Lynch
3281 Red Lion Road, Apt. #1
Philadelphia, PA 19114

I further certify the parties listed below were served by electronic means on the date listed below:

Laura Elizabeth Vendzules, Esq.
Kyle Vellutato, Esq.
Blank Rome LLP
1 Logan Square
Philadelphia, PA 19103

Gary F. Seitz
601 Walnut Street
Suite 280 South
Philadelphia, PA 19106

Thomas Puleo, Esq.
KML Law Group, Inc.
Mellon Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106

Date October 20, 2017

/s/ Jennifer Schultz
Jennifer Schultz, Esq.
Attorney for Defendant Evelyn Rivera

1