UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | Chapter 7 |
| EVELYN RIVERA, | |
| DEBTOR | Bankruptcy No. 16-16269-AMC |
| JOHN J. LYNCH, | |
| PLAINTIFF | |
| V. | Adv. Proc. No. 16-00301-AMC |
| EVELYN RIVERA; BANK OF AMERICA; BAYSHORE LOAN SERVICING; AND KML GROUP, INC., | |
| DEFENDANTS | |

Ashely M. Chan, United States Bankruptcy Judge

## ORDER

AND NOW, this 8th day of December 2017, for the reasons given in the accompanying Opinion, Plaintiff's Motion to Vacate the November 30, 2016 Order of Dismissal is hereby **DENIED**.

_____
Ashely M. Chan
United States Bankruptcy Judge