United States Bankruptcy Court
Eastern District of Pennsylvania

Lynch,
    Plaintiff                                                                                           Adv. Proc. No. 16-00301-amc

Rivera,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1                    Date Rcvd: Dec 08, 2017
                              Form ID: pdf900           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.
ust          +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
               228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
dft          +Evelyn Rivera,    10814 Modena Ter,    Philadelphia, PA 19154-3920
pla          +John J. Lynch,    3281 Red Lion Road,    Apt. #1,    Philadelphia, PA 19114-1108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Dec 09 2017 01:10:15     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 09 2017 01:09:32
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 09 2017 01:10:01     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 09 2017 01:09:48     Frederic J. Baker,
               Office of United States Trustee,    833 Chestnut Street,    Suite 500,
               Philadelphia, PA 19107-4405
ust          +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Dec 09 2017 01:09:48     SHAKIMA L. DORTCH,
               U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
               Wilmington, DE 19801-3519
ust          +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Dec 09 2017 01:09:48     United States Trustee,
               228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 09 2017 01:09:48     United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2017 at the address(es) listed below:
              DAVID A DEFLECE    on behalf of Defendant    BANK OF AMERICA ddeflece@blankrome.com
              DAVID A DEFLECE    on behalf of Defendant    Bayshore Loan Servicing ddeflece@blankrome.com
              JENNIFER  SCHULTZ    on behalf of Defendant Evelyn Rivera jschultz@clsphila.org
              KEVIN G. MCDONALD    on behalf of Defendant    Bayshore Loan Servicing KMcDonald@blankrome.com
              KEVIN G. MCDONALD    on behalf of Defendant    BANK OF AMERICA KMcDonald@blankrome.com
              THOMAS I. PULEO    on behalf of Defendant    KML Group, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Defendant    Bayshore Loan Servicing tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 7 |
| | : | |
| EVELYN RIVERA, | : | |
| | : | Bankruptcy No. 16-16269-AMC |
| DEBTOR | : | |
| | : | |
| JOHN J. LYNCH, | : | |
| | : | |
| PLAINTIFF | : | |
| | : | Adv. Proc. No. 16-00301-AMC |
| V. | : | |
| | : | |
| EVELYN RIVERA; BANK OF AMERICA; BAYSHORE LOAN SERVICING; AND KML GROUP, INC., | : | |
| | : | |
| DEFENDANTS | : | |

Ashely M. Chan, United States Bankruptcy Judge

## ORDER

AND NOW, this 8th day of December 2017, for the reasons given in the accompanying Opinion, Plaintiff's Motion to Vacate the November 30, 2016 Order of Dismissal is hereby **DENIED**.

_____
Ashely M. Chan
United States Bankruptcy Judge